**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

UNITED STATES OF AMERICA

-vs-  Case No.: 2:10-cr-116-FtM-36SPC

RENE BLANCO NUNEZ

_____

**ORDER**

This matter comes before the Court on the Unopposed Motion to Change Residence (Doc. #214) filed on February 23, 2011. The Defendant is currently on pre-trial release secured by a signature bond and is listed as residing at 2310 2nd Avenue SE, Naples, Florida 34117. The Defendant moves the Court for permission to change his residence. The Government does not object to the relief requested. The Court, having considered the motion, finds good cause and will grant permission to change residence.

Accordingly, it is now

**ORDERED:**

(1)  The Unopposed Motion to Change Residence (Doc. #214) is **GRANTED**. The Defendant's address shall be listed as 2384 Santa Barbara Blvd., Naples, Florida 34116.

**DONE AND ORDERED** at Fort Myers, Florida, this   24th   day of February, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record